IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **4:25CR3045** |
| vs. | **MEMORANDUM AND ORDER** |
| KODY DICKES, Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (Filing No. 62) recommending that Defendant's Motion to Suppress (Filing No. 48) be denied in its entirety. The Findings and Recommendation, which is dated July 10, 2026, advised the parties that failure to object to the Findings and Recommendation as provided in the Local Rules of this Court may be held to be a waiver of any right to appeal the Court's adoption of the recommendation. (Filing No. 62.) This Court's Local Rules provide that objections must be filed within fourteen days of being served with the findings and recommendation. NECrimR 59.2. That period has expired and neither party has filed an objection.

28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *Peretz v. United States*, 501 U.S. 923 (1991). Also, failure to object to a finding of fact in a Magistrate Judge's recommendation may be construed as a waiver of the right to object from the district court's order adopting the recommendation of the finding of fact. NECrimR 59.2(e). The parties were expressly admonished that failure to object as provided in the Local Rules may be held to be a waiver of any right to appeal this Court's adoption of the Findings and Recommendation. (Filing No. 62.) The failure to

file an objection eliminates not only the need for de novo review, but any review by the Court. *See Thomas v. Arn*, 474 U.S. 140 (1985).

Accordingly, the Court will adopt the Magistrate Judge's Findings and Recommendation, and any objection is deemed waived.

**IT IS ORDERED:**

1. The Magistrate Judge's Findings and Recommendation (Filing No. 62) is adopted.
2. Defendant's Motion to Suppress (Filing No. 48) is denied.
3. Trial will be set by separate order.

Dated this 27th day of July, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge