IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KODY DICKES,<br><br>Defendant. | **4:25CR3045**<br><br>**ORDER** |

This matter is before the court on the Government's Unopposed Motion to Continue Trial (Filing No. 77). Government's case agent is not available at the current trial setting. The Defendant has no objection to the continuance. The Court has been advised that all parties consent to speedy trial being excluded for the time period set forth herein. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial is granted, as follows:

1. The jury trial now set for September 21, 2026, is continued to **November 30, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. In addition, an essential witness is unavailable on the currently scheduled trial date. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and **November 30, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(3), (h)(7)(A) & (B)(iv).

3. Expert witness disclosures as required under Rule 16 must be served on or before November 20, 2026.

4. The parties are advised that any additional requests for a continuance of a trial date will require a conference with the undersigned magistrate judge.

Dated this 7th day of August, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge